*Thursday,
December* 16.

CHANDLER *v.* MILLER.

APPEAL from the *Lagrange* Court of Common Pleas. *Per Curiam.*—The judgment in this case is affirmed with costs and 10 per cent. damages, on the authority of *Holsinger* v. *Dunham*, at this term (1).

R. *Parrett*, for the appellant.

A. *Ellison*, for the appellee.

(1) *Ante*, 346.